## WELCH v. OKLAHOMA MILL CO. et al.

No. 17290—Opinion Filed June 22, 1926.

(Syllabus.)

1. **Master and Servant — Workmen's Compensation Law—Time for Petition to Review Decision.**

Section 7297, C. O. S. 1921, as amended by S. L. 1923, ch. 61, sec. 8, provides for a review in the Supreme Court from an

award or decision of the State Industrial Commission, and under such provision said action must be filed in this court within 30 days after notice of the award · or decision of the Industrial Commission has been sent to the parties affected.

**2. Same—Time not Extended by Petition to Rehear Below.**

The statutory period providing for lodging an action in this court to review an award or decision of the State Industrial Commission cannot be extended by entertaining a petition to rehear or review in the Industrial Commission.

**3. Same—Dismissal of Petition to Review Filed After 30 Days.**

The petition to review the award of the Industrial Commission not having been filed in this court within 30 days after notice of the award or decision of the Industrial Commission had been sent to the parties affected, the action will be dismissed.

Action to Review Decision of State Industrial Commission.

Action by Claude P. Welch against the Oklahoma Mill Company et al. to review a decision of the State Industrial Commission. Respondents move to dismiss. Action dismissed.

Gustave A. Erixon, for plaintiff in error.

Twyford & Smith, for defendants in error.

PER CURIAM. This is an action to review a decision of the State Industrial Commission made on the 30th day of September, 1925. On February 12, 1926, petitioner filed a petition for a new hearing, which was denied on the 4th day of March, 1926. March 30, 1926, this action was commenced in this court.

Section 7297, C. O. S. 1921, as amended by S. L. 1923, ch. 61, sec. 8, provides that an action to review a decision of the Industrial Commission must be lodged in this court within 30 days after notice of the decision has been sent to the parties. A petition for a rehearing or new hearing does not extend the statutory period within which to commence the action in this court. See Knowles v. Whitehead Oil Company et 121 Okla. 55, 247 Pac. 653.

The action not having been commenced in this court within 30 days after notice of the award had been sent to the parties affected, the action is dismissed.

Note.—See Workmen's Compensation Acts C. J. p. 119 §123; anno. L. R. A. 1916A, pp. 163, 266; L. R. A. 1917D, 186; 28 R. C. L. p. 823; 5 R. C. L. Supp. p. 1579.